No. 90–5805.   MCKAYE v. BROWN ET AL.   C. A. 6th Cir. Certiorari denied.

No. 90–5808.   GAGATY v. GAGATY.   Sup. Ct. Nev.   Certiorari denied.

No. 90–5809.   MCCOLPIN v. FOULSTON.   C. A. 10th Cir.   Certiorari denied.

No. 90–5811.   STEWART v. DALLAS COUNTY HEALTH DEPARTMENT ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–5812.   KING v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 90–5813.   DURANTE v. OHIO CIVIL RIGHTS COMMISSION. C. A. 6th Cir.   Certiorari denied.

No. 90–5832.   JOHNSTON v. WASHTENAW COUNTY COURT CLERK ET AL.   Ct. App. Mich.   Certiorari denied.

No. 90–5843.   YOUNG v. KELLY.   C. A. 2d Cir.   Certiorari denied.

No. 90–5875.   RANSBOTTOM v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 90–5878.   WEBER v. CALIFORNIA STATE BAR ET AL. C. A. 9th Cir.   Certiorari denied.

No. 90–5903.   SANCHEZ v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–5914.   JONES v. UNITED STATES ET AL.; JONES v. GERRIE ET AL.; JONES v. UNITED STATES; JONES v. UNITED STATES; JONES v. UNITED STATES; JONES v. WISEMAN ET AL.; JONES v. UNITED STATES; JONES v. UNITED STATES; and JONES v. VACCO ET AL.   C. A. 2d Cir.   Certiorari denied.   Reported below: 904 F. 2d 34 (first case); 912 F. 2d 462 (sixth case).

No. 90–5918.   THOMPSON v. FOLTZ, WARDEN.   C. A. 6th Cir. Certiorari denied.